UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
M E M O R A N D U M

RE:   Rafael Mendoza-Cortez

CASE NO.: 2:99-cr-00178-DWH-RJJ

**REQUEST FOR RELEASE OF PRESENTENCE INVESTIGATION REPORT**

September 17, 2010

TO:   HONORABLE ROGER L. HUNT
      CHIEF UNITED STATES DISTRICT JUDGE

On February 7, 2000, the Honorable David W. Hagen sentenced the defendant to 57 months Bureau of Prisons for Unlawful Reentry of Deported Alien followed by two years supervised release. The offender's supervision commenced on June 17, 2003, and he was successfully discharged on June 16, 2005.

Mendoza-Cortez has a new federal conviction in the Eastern District of Texas for Reentry of Deported Alien. In preparation of their presentence investigation, the probation office in the Eastern District of Texas is requesting a copy of the defendant's presentence investigation report from the District of Nevada. If your Honor is in agreement of releasing a copy of the presentence investigation report, please indicate by signing below. Thank you for your consideration in this matter.

Sincerely,

ANITRA GALLOWAY
Probation Services Assistant

AG:ag

APPROVED: _____
NANCY M. BOULTON, Supervising
U.S. Probation Officer

APPROVED: \__X__\                    DISAPPROVED: \_____\

_____               September 20, 2010
HONORABLE ROGER L. HUNT               _____
CHIEF UNITED STATES DISTRICT JUDGE    DATE